## STEPHEN CASSIDY *v.* COMMISSIONER OF CORRECTION
### (AC 20061)

Landau, Spear and Daly, Js.

Argued January 11—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## LYNN MARIE SOBOWICZ *v.* JOSEPH S. SOBOWICZ
### (AC 20193)

Lavery, C. J., and Spear and O'Connell, Js.

Submitted on briefs January 12—officially released February 6, 2001

Per Curiam. The judgment is affirmed.

## ALBERT EADDY *v.* COMMISSIONER OF CORRECTION
### (AC 19532)

Foti, Schaller and Stoughton, Js.

Argued January 10—officially released February 6, 2001

Per Curiam. The judgment is affirmed.